AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Precision Medicine Group, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 20-cv-02974 |
| Blue Matter LLC | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Naina Ahmad

Date:   04/28/2020

*Attorney's signature*

George B Schwab NY # 2152437
*Printed name and bar number*

60 East 42nd Street, Suite 2534
New York, Ny 10165
*Address*

gs@kzlaw.net
*E-mail address*

(212) 869-4646
*Telephone number*

*FAX number*