UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION MEDICINE GROUP, LLC and PRECISIONADVISORS GROUP, INC., <br><br> Plaintiffs, <br><br> - against - <br><br> BLUE MATTER, LLC, NAINA AHMAD, JOSE JAUREGUI, and MRIDUL MALHOTRA, <br><br> Defendants. | **ORDER** <br><br> 20 Civ. 2974 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The telephone conference currently scheduled for **June 25, 2020** at 11:00 a.m. will instead take place at **3:00 p.m.** on the same day.  The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.

Dated: New York, New York
    June 23, 2020

                SO ORDERED.

                _____
                Paul G. Gardephe
                United States District Judge