UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC, and
PRECISIONADVISORS GROUP, INC.,

                Plaintiffs,

- against -

BLUE MATTER, LLC, NAINA AHMAD,
JOSE JAUREGUI, and MRIDUL
MALHOTRA,

                Defendants.

**ORDER**

20 Civ. 2974 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        As discussed at yesterday's conference, Plaintiff shall have until **July 2, 2020** to file an amended complaint. To the extent that Defendants wish to move to dismiss, Defendants should file a letter with a stipulated briefing schedule by **July 9, 2020**. Plaintiff has agreed to withdraw its Accounting claim (Cmplt. (Dkt. No. 1) ¶¶ 210-11) and that claim is therefore dismissed. Finally, because George Schwab has passed away, the Clerk of Court is directed to terminate his appearance.

Dated: New York, New York
       June 26, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge