UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION MEDICINE GROUP, LLC, PRECISIONADVISORS GROUP, INC., and PRECISION MEDICINE GROUP HOLDINGS, INC.,<br><br>                       Plaintiffs,<br><br>  -v-<br><br>BLUE MATTER, LLC, NAINA AHMAD, JOSE JAUREGUI, and MRIDUL MALHOTRA,<br><br>                       Defendants. | CIVIL ACTION NO.: 20 Civ. 2974 (PGG) (SLC)<br><br>**TELEPHONE CONFERENCE<br>SCHEDULING ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

The telephone conference currently scheduled for Thursday, November 12, 2020 at 3:00 pm is ADJOURNED to **Friday, November 13, 2020 at 2:00 pm.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:       New York, New York
              November 4, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge