**SheppardMullin**

> The requested extension of time until **January 6, 2021** to submit the stipulation of dismissal is GRANTED.
>
> The Clerk of Court is respectfully directed to close the Motion at ECF No. 107.
>
> SO ORDERED    12/10/2020
>
> *Sarah␣Cave*
> SARAH L. CAVE
> United States Magistrate Judge

December 9, 2020

**VIA ECF**

Hon. Sarah L. Cave
U.S. Magistrate Judge
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Precision Medicine Group, LLC, et al. v. Blue Matter, LLC, et al.*, Case No. 1:20-cv-02974

Dear Magistrate Judge Cave:

This firm represents the plaintiffs, Precision Medicine Group, LLC, PRECISIONadvisors Group, Inc., and Precision Medicine Group Holdings, Inc. (collectively, "Precision" or the "Company") in the above-referenced matter. We write jointly with counsel for defendants Naina Ahmad ("Ahmad") and Jose Jauregui ("Jauregui") regarding Your Honor's order dated November 25, 2020, directing the parties to submit a stipulation of dismissal for Judge Gardephe's approval by today, December 9th.

While the parties are close to executing a final agreement, certain terms which are confidential contain waiting periods required by law which necessitate the parties' request for an extension of Your Honor's original deadline to file a stipulation of dismissal until January 6, 2021.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Jonathan Stoler
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

cc:   Counsel for all parties (via ECF)

SMRH:4842-3856-9940.2

2867356.1 116429-103238