UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC., and
PRECISION MEDICINE GROUP
HOLDINGS, INC.,

                Plaintiffs,

- against -

BLUE MATTER, LLC,

                Defendant.

**ORDER**

20 Civ. 2974 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The following schedule will apply to the parties' motions for summary judgment:

1. moving papers are due by **August 26, 2021**;

2. opposition papers are due by **September 16, 2021**; and

3. replies, if any, are due on **September 23, 2021.**

    The Clerk of Court is directed to terminate Dkt. Nos. 132 and 133.

Dated: New York, New York
        August 5, 2021

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge