UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC., and PRECISION
MEDICINE GROUP HOLDINGS, INC.,

                Plaintiffs,

-v-

BLUE MATTER, LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 2974 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the discovery conference held today, August 11, 2021, regarding the parties' dispute outlined in their July 27, 2021 joint letter (ECF No. 137), the Court orders as follows:

1. By **August 18, 2021**, Defendant shall provide Plaintiffs with an affidavit from the vendor that Defendant used to collect its electronically stored information ("ESI"). The affidavit shall set forth all locations, storage devices, or other repositories from which the vendor collected Defendant's ESI.

Dated:     New York, New York
            August 11, 2021

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge