# SheppardMullin

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Jonathan Stoler
212.634.3043 direct
jstoler@sheppardmullin.com

April 29, 2024

**VIA ECF**

Hon. Paul G. Gardephe
U.S. District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Precision Medicine Group, LLC, et al. v. Blue Matter, LLC, et al.*, Case No. 1:20-cv-02974

Dear Judge Gardephe:

This firm represents the Plaintiffs, Precision Medicine Group, LLC, PRECISIONadvisors Group, Inc., and Precision Medicine Group Holdings, Inc. (collectively, "Precision" or the "Company") in the above-referenced matter.

Pursuant to Rule IV(H) of Your Honor's Individual Rules of Practice, we respectfully note that Precision's Motion for Partial Summary Judgment was fully briefed and filed on September 23, 2021 (the "Motion") and remains pending before the Court.

While we are extremely mindful of the Court's heavy docket and assume that it will issue its decision in due course, to the extent the Court requires any further briefing or other assistance it may deem appropriate in facilitating the resolution of the Motion, we stand ready to provide the same at the Court's request.

Thank you for your consideration.

Respectfully submitted,
*/s/ Jonathan Stoler*
Jonathan Stoler

Cc:   Attorneys of Record (via ECF)

SMRH:4856-0581-4457.1