**SheppardMullin**

Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

Jonathan Stoler
212.634.3043 direct
jstoler@sheppardmullin.com

November 12, 2024

**VIA ECF**

Hon. Paul G. Gardephe
U.S. District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Precision Medicine Group, LLC, et al. v. Blue Matter, LLC, et al.*, Case No. 1:20-cv-02974

Dear Judge Gardephe:

This firm represents the plaintiffs, Precision Medicine Group, LLC, PRECISIONadvisors Group, Inc., and Precision Medicine Group Holdings, Inc. (collectively, "Precision") in the above-referenced matter.  We write pursuant to Rule IV(H) of Your Honor's Individual Rules of Practice regarding Precision's Motion for Partial Summary Judgment, filed on September 23, 2021 (the "Motion") and as a follow-up to our letter to the Court, dated April 26, 2024.

As the Motion has now been pending before the Court for more than three years, we respectfully inquire as to the Motion's status and offer the Court any further briefing or other assistance it may deem necessary in facilitating the resolution of the Motion.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Jonathan Stoler*

Jonathan Stoler

Cc:    Attorneys of Record (via ECF)

SMRH:4856-0581-4457.1