UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC., and PRECISION
MEDICINE GROUP HOLDINGS, INC.,

                Plaintiffs,

-v-

BLUE MATTER, LLC,

                Defendant.

CIVIL ACTION NO.: 20 Civ. 2974 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on October 16, 2025 (the "Conference"), the Court **ORDERS** the following:

1) On or before **October 24, 2025**, Defendant shall provide to Plaintiff (i) a spreadsheet identifying the revenue from Defendant's Market Access clients since January 1, 2021, and (ii) a list of Defendant's Market Access clients.

2) On or before **October 31, 2025**, the parties shall file a joint letter notifying the Court whether the parties have completed all remaining discovery and are prepared to go to trial as scheduled before the Honorable Paul G. Gardephe, or whether either party intends to file a motion addressed to Judge Gardephe to adjourn the trial date and re-open fact discovery.

3) The parties shall order a copy of the Conference transcript using the annexed form by **October 23, 2025**.

Dated:    New York, New York
          October 16, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | ○ | 3 Day $6.55 | ○ | 7 Day $5.85 | ○ | 14 Day $5.10 | ○ | 30 Day $4.40 | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |