UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC, PRECISIONADVISORS GROUP, INC., and PRECISION MEDICINE GROUP HOLDINGS, INC.,

                   Plaintiffs,

  -v-

BLUE MATTER, LLC,

                   Defendant.

CIVIL ACTION NO.: 20 Civ. 2974 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      On October 29, 2025, the parties jointly requested an adjournment of the trial date in this matter from December 8, 2025 to February 2, 2026 in order to allow the parties time to conduct supplemental fact and expert discovery, attempt to mediate, and ensure that all necessary witnesses are available to testify at trial.  (Dkt. No. 214 (the "Motion")).  On October 30, 2025, Judge Gardephe granted the Motion.  (Dkt. No. 215).

      On or before **November 28, 2025**, the parties shall file a joint letter setting forth the status of discovery, settlement discussions, and efforts to confirm the availability of all necessary witnesses who will testify at trial.

Dated:      New York, New York
             October 31, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge