UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION MEDICINE GROUP, LLC, PRECISIONADVISORS GROUP, INC., and PRECISION MEDICINE GROUP HOLDINGS, INC., <br><br> Plaintiffs, <br><br> -v- <br><br> BLUE MATTER, LLC, <br><br> Defendant. | CIVIL ACTION NO. 20 Civ. 2974 (PGG) (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Telephone Conference held on December 30, 2025 (the "Conference"), the Court **ORDERS** the following:

1) On or before **January 2, 2026**, Blue Matter, LLC ("Blue Matter") shall submit for the Court's in camera review the Statement of Work for its client, UCB, (see Dkt. No. 233 at 2 n.6), via the file share link the Court will provide to Blue Matter's counsel.

2) On or before **January 9, 2026,** Plaintiffs may take a virtual deposition of Blue Matter's CFO, Kevin Jacobs, limited to three (3) hours of on-the-record time and limited to the topic of Blue Matter's preservation, search, and production efforts as set forth in Mr. Jacobs' declaration (Dkt. No. 233-3).

3) On or before **January 16, 2026,** the parties shall file a joint letter notifying the Court whether the parties have completed all remaining discovery, or whether any discovery issues remain that are ripe for the Court's attention.

4) The parties shall order a copy of the Conference transcript using the annexed form by

**January 6, 2026**.

Dated:       New York, New York
              December 30, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|