UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION MEDICINE GROUP, LLC, PRECISIONADVISORS GROUP, INC., and PRECISION MEDICINE GROUP HOLDINGS, INC.,<br><br>                    Plaintiffs,<br><br>    -v-<br><br>BLUE MATTER, LLC,<br><br>                    Defendant. | CIVIL ACTION NO. 20 Civ. 2974 (PGG) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, January 23, 2026 (the "Conference"), the Court **ORDERS** the following:

1) By the end of the day today, **January 23, 2026**, Blue Matter's counsel shall produce to Precision's counsel the Instruction Email.[1]

2) By **January 26, 2026**, Blue Matter's counsel shall produce to Precision's counsel the Salesforce Report filtered to show only those projects labeled in Column G as (i) market access consulting projects and (ii) cross-functional projects to the extent they involved market access consulting (the "Filtered Salesforce Report").  Blue Matter shall also provide the Court with the Filtered Salesforce Report via the file share link the Court will provide to Blue Matter's counsel.

---

[1] Unless otherwise stated, all defined terms shall have the meaning ascribed to them in the Court's Order at Dkt. No. 278, filed under seal.  (Dkt. No. 278).

2

3) The parties shall order a copy of the Conference transcript using the annexed form by

**January 28, 2026**.

Dated:        New York, New York          SO ORDERED.
              January 23, 2026

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters.  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.
**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:

(prices listed are per page)

| Daily $7.30 | ◯ | 3 Day $6.55 | ◯ | 7 Day $5.85 | ◯ | 14 Day $5.10 | ◯ | 30 Day $4.40 | ◯ |
|---|---|---|---|---|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|