UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC., and
PRECISION MEDICINE GROUP
HOLDINGS, INC.,

                    Plaintiffs,

           - against -

BLUE MATTER, LLC,

                    Defendant.

**ORDER**

20 Civ. 2974 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

As stated at today's conference, the trial date is adjourned from February 2, 2026, to **February 23, 2026, at 9:30 a.m.**

For the reasons stated today in open court, Defendant Blue Matter's January 5, 2026 motion in limine concerning damages evidence (Dkt. No. 253) is granted as to Thomas W. Britven's May 7, 2021 expert report (Dkt. No. 146-72) but denied as to Britven's January 2, 2026 supplemental expert report (Dkt. No. 254-1). The Clerk of Court will terminate the motion (Dkt. No. 253).

Plaintiffs' January 5, 2026 motion in limine to preclude the testimony of Kevin Hartman and Helmut Osorio (see Dkt. No. 236) is denied.

Any application by Plaintiffs to admit redacted portions of Britven's May 7, 2021 Initial Report (Dkt. No. 146-72) will be made by **10:00 a.m. on February 4, 2026.** Defendant's opposition to any such application will be submitted by **5:00 p.m. on February 9, 2026.**

Defendant has until **February 6, 2026,** to take a deposition of Britven concerning his January 2, 2026 supplemental damages report (Dkt. No. 254-1).  Plaintiffs have until **February 6, 2026** to take depositions of Hartman and Osorio.

Dated:  New York, New York
        January 29, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge