
# NELSON MULLINS

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
ATTORNEYS AND COUNSELORS AT LAW

Phillip J. Strach
T: 919.329.3812
phil.strach@nelsonmullins.com

301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
T: 919.329.3800  F: 919.329.3799
nelsonmullins.com

February 13, 2026

**Via ECF**

Hon. Paul G. Gardephe
United States District Judge
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED:**

Precision is directed to submit the revised redacted Supplemental Report by 5:00 p.m. on February 18, 2026. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 290.

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge

Dated: February 17, 2026

**RE:    *Precision Medicine Group, LLC, et al. v. Blue Matter, LLC,* Case No. 1:20-cv-02974**

Dear Judge Gardephe:

Pursuant to the Court's February 12, 2026, Memo Endorsement, Defendant Blue Matter, LLC ("Defendant" or "Blue Matter") respectfully submits this response to Plaintiffs' February 12, 2026 letter regarding proposed redactions to the reports of Thomas W. Britven [Dkt. No. 295].

Blue Matter does not oppose Plaintiffs' proposed redactions in the Revised Redacted Initial Report, filed at Dkt. No. 295-1. After conferring with counsel for Plaintiffs, Blue Matter understands that Plaintiffs intend to file additional redactions to remove references to New Jersey and Pennsylvania law in Attachment 2 to the Supplemental Britven Report dated January 2, 2026 [Dkt. No. 295-2 at p.31]. So long as those additional redactions are made, Blue Matter also does not oppose Plaintiffs' forthcoming revised redacted Supplemental Report.

Thank you for your consideration.

Respectfully submitted,

/s/ Phillip J. Strach

Phillip J. Strach

CC: Counsel of record (via ECF)