UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC., and
PRECISION MEDICINE GROUP
HOLDINGS, INC.,

                    Plaintiffs,

          - against -

BLUE MATTER, LLC,

                    Defendant.

**<u>ORDER</u>**

20 Civ. 2974 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

       The final pretrial conference will take place on **March 4, 2026, at 10:00 a.m.,** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        February 20, 2026

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge