UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC., and
PRECISION MEDICINE GROUP
HOLDINGS, INC.,

                Plaintiffs,

      - against -

BLUE MATTER, LLC,

                Defendant.

**ORDER**

20 Civ. 2974 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated today in open court, Plaintiffs' January 5, 2026 omnibus motion in limine (Dkt. No. 236) is:  (1) granted as to Plaintiffs' motion to preclude testimony from Naina Ahmad, Jose Jauregui, and Mridul Malhotra concerning their reasons for leaving Precision; (2) denied as to Plaintiffs' motion to preclude Defendant Blue Matter from contesting certain facts pertaining to Jauregui's alleged misappropriation of Precision documents; (3) denied as to Plaintiffs' motion to preclude Defendant from contesting liability for Jauregui's alleged misappropriation of Precision documents; and (4) denied as to Plaintiffs' motion to preclude Defendant from introducing the 2012 "Launch Plan" into evidence.

        Defendant's January 5, 2026 motions in limine to exclude "all evidence, testimony, or argument relating to . . . other litigation" involving Blue Matter (Dkt. No. 245), and to exclude "all evidence, references to evidence, testimony, or arguments relating to" the "personal wealth information and financial status" of Ahmad and Jauregui (Dkt. No. 247), are granted.  (Def. MIL re Other Litigation (Dkt. No. 245) at 1; Def. MIL re Personal Wealth (Dkt. No. 247 at 1)

Defendant's January 5, 2026 motion in limine for a limiting instruction concerning Plaintiffs' unfair competition claim (Dkt. No. 249) is denied.

Plaintiffs' January 5, 2026, and March 3, 2026 letter motions (Dkt. Nos. 256, 306) to seal certain trial exhibits and Defendant's January 5, 2026 letter motion (Dkt. No. 251) to seal the January 2, 2026 Supplemental Report of Plaintiffs' expert Thomas Britven – submitted as an exhibit to Defendants' motion in limine on damages (Dkt. No. 253) – are denied without prejudice.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 236, 244, 246, 248, 251, 256, and 306.

Dated:  New York, New York
        March 4, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

2