UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC.,
and PRECISION MEDICINE GROUP
HOLDINGS, INC.

Case No.: 1:20-cv-02974 (PGG)

Plaintiffs,

**NOTICE OF PLAINTIFFS' MOTION
FOR SANCTIONS**

-against-

BLUE MATTER, LLC,

Defendant.

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support

of Plaintiffs' Motion for Sanctions and the Declaration of Jonathan Solter, dated March 13, 2026,

Plaintiffs Precision Medicine Group, LLC, PRECISIONadvisors Group, Inc., and Precision

Medicine Group Holdings, Inc. (collectively "Plainitffs"), by and through their undersigned

counsel, Sheppard, Mullin, Richter & Hampton, LLP, will move this Court before the Honorable

Paul G. Gardephe, on the date designated by the Court, at Courtroom 705 at the Thurgood Marshall

United States Courthouse in the Southern District of New York located at 40 Foley Square, New

York, NY 10007, for an Order sanctioning Defendant Blue Matter, LLC in the form of an adverse

inference instruction pursuant to Rule 37(e)(2) of the Federal Rules of Civil Procedure.

**MEMO ENDORSED:**

Defendant is directed to respond to this
application by **9:00 a.m. on Monday, March 16,
2026.**

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge

Dated:  March 13, 2026

-1-

-2-

Dated: New York, New York
      March 13, 2026

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By:     */s/ Jonathan Stoler*
       Jonathan Stoler
       Paul Garrity
       Lindsay Colvin Stone
       30 Rockefeller Plaza
       New York, New York 10112
       Tel.:  (212) 653-8700
       Fax:  (212) 653-8701
       jstoler@sheppardmullin.com
       pgarrity@sheppardmullin.com
       lstone@sheppardmullin.com

*Counsel for Precision Medicine Group, LLC,*
*PRECISIONadvisors Group, Inc., and Precision Medicine*
*Group Holdings, Inc.*

-2-

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, a copy of Plaintiffs' Notice of Motion for Sanctions was served electronically to the following:

Phillip Strach
Alyssa Riggins
Kacie T. England
Cassie Holt
Nelson Mullins Riley & Scarborough LLP
301 Hillsborough Street, Suite 1400
Raleigh, NC 27603
phil.strach@nelsonmullins.com
alyssa.riggins@nelsonmullins.com
kacie.england@nelsonmullins.com
cassie.holt@nelsonmullins.com


Dated:  New York, New York
        March 13, 2026

By: /s/ *Jonathan Stoler*
     Jonathan Stoler
     *Attorney for Plaintiffs*