UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECISION MEDICINE GROUP, LLC,
PRECISIONADVISORS GROUP, INC., and
PRECISION MEDICINE GROUP
HOLDINGS, INC.,

                        Plaintiffs,

                - against -

BLUE MATTER, LLC,

                        Defendant.

**ORDER**

20 Civ. 2974 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

For the reasons stated in open court on March 18, 2026, Plaintiffs' March 13, 2026 motion for an adverse inference instruction concerning documents not produced by Defendant (Dkt. No. 318) is granted. Plaintiffs' March 17, 2026 motion for reconsideration of this Court's March 4, 2026 ruling (Dkt. No. 309) granting Defendant's January 5, 2026 motion in limine to exclude evidence of other litigation concerning Defendant (Dkt. No. 244) is denied.

The Clerk of Court is directed to terminate the pending motions (Dkt. Nos. 318, 324).

Dated: New York, New York
       March 19, 2026

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge