**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Precision Medical Group LLC, et al,

                           Plaintiffs,

           -against-

Blue Matter, LLC,

                          Defendant.
-------------------------------------------------------------X

20 **CIVIL** 2974 (PGG)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Paul G. Gardephe, United States District Judge, the jury having returned a verdict in favor of Defendants, and the Complaint is hereby dismissed.

**DATED:** New York, New York
          March 24, 2026

                                            TAMMI M. HELLWIG

**So Ordered:**

                                            Clerk of Court

                            BY:

_____
U.S.D.J.

                                            Deputy Clerk